UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD D. WILSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:09CV00164 ERW |
| ) | |
| TIMOTHY J. WILSON, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the instant petition for a writ of habeas corpus is **DISMISSED**, without prejudice, for petitioner's failure to file a show cause response in accordance with this Court's Order dated March 27, 2009 [doc. #3].

So Ordered this 14th Day of May, 2009.

_____
 **E. RICHARD WEBBER**
 **UNITED STATES DISTRICT JUDGE**